UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENGIER VENTURA and STEVEN ROBLES, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-v-<br><br>PJ NATIONAL NEW YORK, LLC; PJ ELMHURST INC.; PJ NATIONAL HOLDINGS, LLC; PJ NATIONAL MANAGEMENT, LLC; PJ NATIONAL BROOKLYN, LLC; PJ NATIONAL BRONX, LLC,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO. 23 Civ. 10787 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On February 9, 2024, Defendants PJ National New York, LLC; PJ National Holdings, LLC; PJ National Management, LLC; PJ National Brooklyn, LLC; and PJ National Bronx, LLC (collectively, the "Moving Defendants")[1] filed, jointly with Plaintiffs, a pre-motion letter addressed to the Honorable Analisa Torres requesting that a briefing schedule be set for their anticipated motion to compel arbitration and/or to dismiss the Complaint (the "Anticipated Motion"). (See ECF No. 10). On February 12, 2024, Judge Torres referred this case for general pretrial management and a report and recommendation on the Anticipated Motion. (See ECF No. 11).

The request at ECF No. 10 is GRANTED to the extent that the following briefing schedule will apply to the Anticipated Motion: Moving Defendants' motion filed by **March 5, 2024**; Plaintiffs' opposition filed by **April 4, 2024**; Moving Defendants' reply filed by **April 19, 2024**.

---

[1] Defendant PJ Elmhurst Inc. ("Elmhurst") has not yet appeared, and Plaintiffs have not filed proof that Elmhurst has been served with the Complaint.

Moving Defendants' deadline to respond to the Complaint is HELD IN ABEYANCE pending the outcome of the Anticipated Motion.  (See Fed. R. Civ. P. (a)(4)).

By **February 20, 2024**, the parties shall meet and confer and file a joint letter addressing their position(s) as to whether discovery should be stayed until the Court resolves the Anticipated Motion.

The Clerk of Court is respectfully directed to close ECF No. 10.

Dated:    New York, New York
          February 12, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**