UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENGIER VENTURA and STEVEN ROBLES, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

PJ NATIONAL NEW YORK, LLC, et al.,

Defendants.

23-CV-10787 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated February 12, 2024, Judge Analisa Torres referred this case to Magistrate Judge Sarah L. Cave for general pretrial supervision, including scheduling, discovery, non-dispositive pretrial motions, and settlement, as well as for an anticipated motion to compel arbitration and/or to dismiss the Complaint ("Anticipated Motion"). (*See* ECF 10.) On February 13, 2024, that referral was reassigned to me.

Prior to the reassignment, Judge Cave Ordered a briefing schedule for the anticipated motion to be filed by Defendants PJ National New York, LLC; PJ National Holdings, LLC; PJ National Management, LLC; PJ National Brooklyn, LLC; and PJ National Bronx, LLC ("Moving Defendants"). (*See* ECF 12.) Additionally, Judge Cave Ordered that the Moving Defendants' deadline to respond to the Complaint is held in abeyance pending the outcome of the Anticipated Motion; and that, **by February 20, 2024**, the parties will file a joint letter addressing whether discovery should be stayed until the Anticipated Motion is resolved. (*See id.*)

Accordingly, it is ORDERED that the parties are expected to comply with the briefing schedule and the February 20, 2024 deadline for the joint letter.

DATED:     New York, New York
           February 16, 2024

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge