UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Engier Ventura, et al.,<br><br>                    Plaintiffs,<br><br>  -against-<br><br>PJ National New York, LLC, et al.<br><br>                    Defendants. | 23-CV-10787 (AT)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court respectfully requests the Clerk of Court to strike document 15 from the record. The corrected memo endorsement is document 16.

DATED:  February 21, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge