UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENGIER VENTURA and STEVEN ROBLES, on behalf of themselves and all others similarly situated,<br><br>                   Plaintiffs,<br><br>   -against-<br><br>PJ NATIONAL NEW YORK, LLC, et al.,<br><br>                   Defendants. | 23-CV-10787 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 12, 2024, this Court set a briefing schedule for Defendant's anticipated motion to compel arbitration (the "Motion"), with a due date for the Motion of March 5, 2024, and a due date for Plaintiff's opposition of April 4, 2024. (See ECF 12.) Defendant timely filed the Motion on March 5, 2024. (See ECF 18 21.)

To date, Plaintiff has neither filed its opposition to the Motion nor requested an extension of time to do so. The time for Defendant to respond to the Complaint is extended, sua sponte and nunc pro tunc, to **5:00 PM on April 11, 2024**.

DATED:     April 8, 2024
               New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge