UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENGIER VENTURA and STEVEN ROBLES, on behalf of themselves and all others similarly situated,

                      Plaintiffs,

-against-

PJ NATIONAL NEW YORK, LLC; PJ ELMHURST INC; PJ NATIONAL HOLDINGS, LLC; PJ NATIONAL MANAGEMENT LLC; PJ NATIONAL BROOKLYN, LLC; PJ NATIONAL BRONX, LLC; and JOHN DOE RESTAURANTS 1-40,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/18/2025_

23 Civ. 10787 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

    This matter has been stayed pending arbitration since April 2024. *See* ECF No. 24. By **March 17, 2025**, the parties shall file a joint status update on arbitration.

    SO ORDERED.

Dated: February 18, 2025
       New York, New York

                                            ANALISA TORRES
                                  United States District Judge