```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENGIER VENTURA and STEVEN ROBLES, on behalf of themselves and all others similarly situated,

                        Plaintiffs,

-against-

PJ NATIONAL NEW YORK, LLC; PJ ELMHURST INC; PJ NATIONAL HOLDINGS, LLC; PJ NATIONAL MANAGEMENT LLC; PJ NATIONAL BROOKLYN, LLC; PJ NATIONAL BRONX, LLC; and JOHN DOE RESTAURANTS 1-40,

                        Defendants.

23 Civ. 10787 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

     By order dated February 18, 2025, the Court directed the parties to file a joint status update on arbitration by March 17, 2025. ECF No. 25. That submission is now overdue. Accordingly, by **March 24, 2025**, the parties shall file their joint status update.

     SO ORDERED.

Dated: March 18, 2025
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge