UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENGIER VENTURA and STEVEN ROBLES, on behalf of themselves and all others similarly situated,

                        Plaintiffs,

-against-

PJ NATIONAL NEW YORK, LLC; PJ ELMHURST INC; PJ NATIONAL HOLDINGS, LLC; PJ NATIONAL MANAGEMENT LLC; PJ NATIONAL BROOKLYN, LLC; PJ NATIONAL BRONX, LLC; and JOHN DOE RESTAURANTS 1-40,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2025

23 Civ. 10787 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated February 18, 2025, the Court directed the parties to file a joint status update on arbitration by March 17, 2025. ECF No. 25. No such submission was filed. Accordingly, by order dated March 18, the Court directed the parties to file a joint status update by March 24. ECF No. 26. That deadline also passed without the Court receiving a submission from the parties.

      Accordingly, by **April 1, 2025**, the parties shall file their joint status update. Failure to comply with the Court's orders may result in dismissal.

      SO ORDERED.

Dated: March 25, 2025
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge