```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENGIER VENTURA and STEVEN ROBLES, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

PJ NATIONAL NEW YORK, LLC; PJ ELMHURST INC; PJ NATIONAL HOLDINGS, LLC; PJ NATIONAL MANAGEMENT LLC; PJ NATIONAL BROOKLYN, LLC; PJ NATIONAL BRONX, LLC; and JOHN DOE RESTAURANTS 1-40,

                Defendants.

23 Civ. 10787 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

    This matter has been stayed pending arbitration since April 9, 2024.  *See* ECF No. 24.  On April 1, 2025, the parties filed a joint status update in this matter, informing the Court that arbitration is "in its preliminary stages," and that the parties "will participate in the arbitration process" and "will infrm the Court of any significant developments in the arbitration proceedings as they occur."  *See* ECF No. 28.

    By **November 15, 2025**, the parties shall file a joint status update in this matter informing the Court of the current status of arbitration proceedings.

    SO ORDERED.

Dated: October 15, 2025
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge