```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/19/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENGIER VENTURA and STEVEN ROBLES, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

PJ NATIONAL NEW YORK, LLC; PJ ELMHURST INC; PJ NATIONAL HOLDINGS, LLC; PJ NATIONAL MANAGEMENT LLC; PJ NATIONAL BROOKLYN, LLC; PJ NATIONAL BRONX, LLC; and JOHN DOE RESTAURANTS 1-40,

                Defendants.

23 Civ. 10787 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated October 15, 2025, the Court ordered the parties to file a joint status update in this matter informing the Court of the current status of arbitration proceedings. *See* ECF No. 29. That submission is now overdue. Accordingly, by **December 18, 2025**, the parties shall file a joint status update in this matter informing the Court of the current status of arbitration proceedings. *See, e.g.*, ECF No. 28.

    The parties are reminded that failure to comply with the Court's orders may result in dismissal under Federal Rule of Civil Procedure 41(b). *See* ECF No. 27.

    SO ORDERED.

Dated: November 19, 2025
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge