UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENGIER VENTURA and STEVEN ROBLES, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

PJ NATIONAL NEW YORK, LLC; PJ ELMHURST INC; PJ NATIONAL HOLDINGS, LLC; PJ NATIONAL MANAGEMENT LLC; PJ NATIONAL BROOKLYN, LLC; PJ NATIONAL BRONX, LLC; and JOHN DOE RESTAURANTS 1-40,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/19/2025
```

23 Civ. 10787 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated October 15, 2025, the Court directed the parties to file a joint status update in this matter informing the Court of the current status of arbitration proceedings.  *See* ECF No. 29.  On November 19, 2025, having received no submissions, the Court extended the deadline to December 18, 2025.  That submission is, once more, overdue.  Accordingly, by **January 9, 2026**, the parties shall file a joint status update in this matter informing the Court of the current status of arbitration proceedings.  Failure to comply with this order may result in the Court's dismissal of the action under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: December 19, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge