UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENGIER VENTURA and STEVEN ROBLES, on
behalf of themselves and all others similarly
situated,

                    Plaintiffs,

-against-

PJ NATIONAL NEW YORK, LLC; PJ
ELMHURST INC; PJ NATIONAL HOLDINGS,
LLC; PJ NATIONAL MANAGEMENT LLC; PJ
NATIONAL BROOKLYN, LLC; PJ NATIONAL
BRONX, LLC; and JOHN DOE RESTAURANTS
1-40,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/13/2026
```

23 Civ. 10787 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated January 12, 2026, the Court ordered the parties to submit a status update by February 12, 2026.  *See* ECF No. 33.  That submission is now overdue.  Accordingly, by **February 19, 2026**, the parties shall submit a joint status update.  Failure to do so may result in the Court's dismissal of the action under Federal Rule of Civil Procedure 41(b).  No further extension of this deadline shall be granted absent exceptionally good cause shown.

      SO ORDERED.

Dated: February 13, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge